# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>**ORDER VACATING DISMISSAL** |

**This Document Relates to:**

| | |
|---|---|
| *Sloan Seaborn-Sabati v.*<br>*Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12276-DRH-PMF |
| *Leah Pfeiffer v.*<br>*Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12000-DRH-PMF |
| *Ginger Lewis v. Bayer Corp., et al.* | No. 3:11-cv-12515-DRH-PMF |

## ORDER

**HERNDON, Chief Judge:**

In each of the above captioned cases, the Court granted the Bayer defendants' motion to dismiss, without prejudice, for failure to comply with the Plaintiff Fact Sheet (PFS) requirements. The above captioned plaintiffs have since filed motions to vacate the orders of dismissal stating compliance with the PFS requirements. In each case, Bayer has responded stating that it is not opposed.

Accordingly, the Court hereby **VACATES** the orders dismissing the above

referenced cases without prejudice. Further, the Court **DIRECTS** the **Clerk of the Court** to **REINSTATE** the same.

      SO ORDERED:

David R. Herndon
2012.09.05 17:40:05
-05'00'

**Chief Judge**
**United States District Court**       Date:  September 5, 2012